UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



In the Matter of the Seizure of
All Funds Contained in US Bank
Account Number 1 564 0045 5234
Held in the Name Pueblo of Pojoaque
Gaming Funds

DOCKET NO. 18 mr 103

## MOTION TO UNSEAL
## APPLICATION AND AFFIDAVIT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

THE UNITED STATES OF AMERICA hereby requests that the Application and Affidavit filed in this matter be unsealed, and in support of this request avers as follows:

1. On February 8, 2018, Special Agent Michael Marycz of the Federal Bureau of Investigation filed an Application and Affidavit requesting that the Court issue a warrant to seize property subject to forfeiture, namely, All Funds Contained in US Bank Account Number 1 564 0045 5234 Held in the Name Pueblo of Pojoaque Gaming Funds, pursuant to Title 18, United States Code, Section 1955(d).

2. The Honorable Laura Fashing, United States Magistrate Judge, reviewed the Application and Affidavit and, finding the Application to be supported by probable cause, signed a warrant authorizing the seizure of the property.

3. Special Agent Marycz served the warrant authorizing the seizure of the property upon a branch of US Bank at approximately 1:30pm on February 9, 2018.

4. Service of the warrant upon the bank having now been effectuated, the government moves to unseal the Application and Affidavit submitted in support thereof.

5. Based upon the facts and circumstances of this matter, there is no longer a law enforcement-based need to maintain the Application and Affidavit under seal.

6. The United States makes this motion without derogation of its right to move to seal or to maintain under seal other court filings in other matters.

WHEREFORE the United States respectfully requests that the Court enter an Order unsealing the Application and Affidavit filed in support of the Seizure Warrant.

Respectfully submitted,

JAMES D. TIERNEY
Acting United States Attorney

Jonathon M. Gerson
Assistant U.S. Attorney
District of New Mexico
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274